# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2018

152934(71)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ERIC LAMONTEE BECK,
      Defendant-Appellant.
_____/

SC: 152934
COA: 321806
Saginaw CC: 13-039031-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental reply brief to September 10, 2018, is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2018



Clerk